# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3350

_____

United States of America

*Plaintiff - Appellee*

v.

Cesar Gustavo Payan-Carrillo, also known as Erik Molina-Grado

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 16, 2018
Filed: July 19, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Cesar Payan-Carrillo challenges the sentence the district court[1] imposed after he pleaded guilty to illegal reentry. His counsel has

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), discussing whether the sentence was substantively unreasonable. Payan-Carillo has also filed a pro se supplemental brief, in which he argues that the sentence was substantively unreasonable, as the upward variance was not justified; and that counsel was ineffective for failing to object to the inclusion of a pending assault charge in the presentence report.

As to the reasonableness of the sentence, we conclude that the district court did not abuse its discretion in varying upward, as it properly considered the 18 U.S.C. § 3553(a) factors, and there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461, 464 (8th Cir. 2009) (en banc) (standard of review); <u>see also</u> <u>United States v. Mangum</u>, 625 F.3d 466, 469-70 (8th Cir. 2010).

We conclude Payan-Carillo's ineffective-assistance claim would be better litigated in a 28 U.S.C. § 2255 proceeding. <u>See</u> <u>United States v. Ramirez-Hernandez</u>, 449 F.3d 824, 826-27 (8th Cir. 2006). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and affirm.

_____